UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 1:21-cv-20533-PCH

JOSEPH NABAKA and AUDREYA
MCLEAN a/k/a AUDREYA NABAKA,

      Plaintiffs,

v.

RUSHMORE LOAN MANAGEMENT
SERVICES, LLC,

      Defendant.

## ORDER

**THIS CAUSE** is before this Court on Defendant's Motion to Dismiss (the "Motion") [ECF No. 12], which was filed on March 25, 2021. Plaintiffs filed their response to the Motion on April 15, 2021 (the "Response") [ECF No. 15]. The deadline for Defendant to file a reply in support of its Motion was April 22, 2021. However, Defendant has not filed a reply. If Defendant disputes the arguments that Plaintiffs made in their Response, Defendant must file a reply on or before Thursday, May 6, 2021. Otherwise, should Defendant elect to not file a reply, the Court will consider Plaintiffs' arguments conceded by Defendant. Accordingly, it is

**ORDERED AND ADJUDGED** that, should Defendant elect to file a reply in support of its Motion to Dismiss, it must do so **on or before Thursday, May 6, 2021**.

**DONE AND ORDERED** in Miami, Florida on April 30, 2021.

_____
Paul C. Huck
United States District Judge

cc:  Counsel of record