UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 1:21-cv-20533-PCH/BECERRA

JOSEPH NABAKA and AUDREY
MCLEAN a/k/a AUDREYA NABAKA

    Plaintiffs,

v.

RUSHMORE LOAN MANAGEMENT
SERVICES, LLC,

    Defendant.
_____/

**ORDER**

    This matter is before the Court on Defendant Rushmore Loan Management Services, LLC Motion to Dismiss Complaint [ECF No. 12], filed March 25, 2021. This matter was referred by this Court to the Honorable Jacqueline Becerra, United States Magistrate Judge [ECF No. 17] on May 12, 2021 for a Report and Recommendation [ECF No. 27], which was filed September 23, 2021. The Court reviewed the Report and Recommendation, the pertinent portions of the record and is otherwise duly advised.

    The Parties were given **3** days after being served with a copy of the report to serve and file written objections, if any, with the District Court. No objections were filed. Failure to file timely objections bars the Parties from a de novo determination by the District Court of an issue covered in the Magistrate Judge's Report and Recommendation and bars the Parties from attacking on appeal the factual findings contained therein. *Resolution Tr. Corp. v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993) (citing *LoConte v. Dugger*, 847 F.2d 745, 749-50 (11th Cir. 1988)). Accordingly, it is hereby:

**ORDERED** that the Court **ADOPTS** the findings of fact and conclusions of law as stated in the Magistrate Judge's Report and Recommendation. The Defendant's Motion to Dismiss is **DENIED**. Defendant shall file an answer to the complaint by November 15, 2021.

**DONE AND ORDERED** in Miami, Florida on September 30, 2021.

_____
Paul C. Huck
United States District Judge

**Copies furnished to:**
Magistrate Becerra
Counsel of Record